UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **NORTHEAST LOUISIANA RAILROAD DEVELOPMENT DISTRICT** | **CIV. ACTION NO. 3:23-01783** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DELTA SOUTHERN RAILROAD INC** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 23] having been considered, together with the Objection [Doc. No. 24] filed by Plaintiff, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Plaintiff Northeast Louisiana Railroad Development District's Motion to Remand [Doc. No. 9] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court *sua sponte* has found that it lacks subject matter jurisdiction over the instant suit.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant Delta Southern Railroad Inc.'s Motion to Dismiss [Doc. No. 5] is **DENIED IN PART** to the extent it moves under Federal Rule of Civil Procedure 12(b)(6), and **GRANTED IN PART** to the extent it seeks dismissal. Therefore, this suit is **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA** this 10th day of June 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**